Peter S. Sessions – SBN 193301
Email: psessions@kantorlaw.net
Glenn R. Kantor – SBN 122643
Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Mark Zepeda

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MARK ZEPEDA, <br><br>         Plaintiff, <br><br>     VS. <br><br> AETNA LIFE INSURANCE COMPANY AND KORN/FERRY INTERNATIONAL LONG TERM DISABILITY PLAN, <br><br>         Defendants. | CASE NO: <br><br> **COMPLAINT FOR:** <br><br> **BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; ENFORCEMENT AND CLARIFICATION OF RIGHTS; PREJUDGMENT AND POST JUDGMENT INTEREST; AND ATTORNEYS' FEES AND COSTS** |

Plaintiff, MARK ZEPEDA, herein sets forth the allegations of his Complaint against Defendants AETNA LIFE INSURANCE COMPANY ("Aetna") and KORN/FERRY INTERNATIONALLONG TERM DISABILITY PLAN (the "LTD Plan").

### PRELIMINARY ALLEGATIONS

1.      "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

"ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question.  This action is brought for the purpose of recovering benefits under the terms of an ERISA employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan and to clarify Plaintiff's rights to future benefits under an employee benefit plan. Plaintiff seeks relief, including but not limited to payment of benefits, pre-judgment and post-judgment interest, reinstatement to the benefit plans at issue herein and attorneys' fees and costs.

2.    Plaintiff was at all times relevant, an employee of Korn/Ferry International and was a resident of Orange County and a citizen of the State of California.

3.    Plaintiff is informed and believes that Defendant, Aetna, is a corporation with its principal place of business in the State of Connecticut, authorized to transact and transacting business in the Central District of California and can be found in the Central District of California. Aetna is the insurer of benefits under the LTD Plan and acted in the capacity of the plan insurer and plan claims administrator. Aetna is doing business in the Central District of California, in that it covers insureds working and residing in the Central District. Aetna administered the claim, interpreted Policy terms and issued a claim denial, all while operating under a conflict of interest, and the bias this created adversely affected the claims determination.

4.    Plaintiff is informed and believes that Defendant, LTD Plan, is an employee welfare benefit plan regulated by ERISA, established by Korn/Ferry International under which Plaintiff is and was a participant and pursuant to which Plaintiff is entitled to Long Term Disability ("LTD") benefits. Pursuant to the terms and conditions of the LTD Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff's disability, for so long as Plaintiff remains disabled as required under the terms of the LTD Plan.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

ERISA COMPLAINT

5.      Plaintiff is informed and believes that the subject Policy was delivered in the State of California.

6.      Defendants can be found in this judicial district and defendants administered the LTD Plan in this judicial district. The LTD claim at issue herein was also specifically administered in this judicial district. Thus, venue is proper in this judicial district pursuant to 29 U.S.C. § 1132(e)(2).

## FIRST CLAIM FOR RELIEF
## AGAINST AETNA LIFE INSURANCE COMPANY AND THE KORN/FERRY INTERNATIONAL LONG TERM DISABILITY PLAN
## FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION OF RIGHTS, PRE-JUDGMENT AND POST-JUDGMENT INTEREST AND ATTORNEYS' FEES AND COSTS
## (29 U.S.C. § 1132(a)(1)(B))

7.      Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

8.      At all times relevant, Plaintiff was employed by Korn/Ferry International and was a covered participant under the terms and conditions of the Plan. The LTD Plan was insured by Aetna. Aetna was also the claims administrator and made all decisions to pay or deny benefit claims.

9.      During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the Plan. Specifically, while Plaintiff was covered under the Plan, Plaintiff suffered a disability rendering Plaintiff disabled as defined under the terms of the Plan.

10.      Pursuant to the terms of the LTD Plan, Plaintiff made a claim to Aetna for LTD benefits under the LTD Plan. Aetna assigned Plaintiff LTD claim number 15706791. Aetna paid benefits from July 5, 2017 through October 10, 2018, at which time it denied plaintiff's claim for disability benefits.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

3

11.     Plaintiff submitted a timely appeal, but Aetna upheld its denial by letter dated March 30, 2020.

12.     In denying Plaintiff's claim, the Plan and Aetna breached the LTD Plan and violated ERISA in the following respects:

(a)     Failing to make a claim decision and pay LTD benefit payments to Plaintiff at a time when Aetna and the Plan knew, or should have known, that Plaintiff was entitled to those benefits under the terms of the Plan, as Plaintiff was disabled and unable to work and therefore entitled to benefits.  Even though Defendants had such knowledge, Aetna denied Plaintiff's LTD benefits;

(b)     Failing to provide a prompt and reasonable explanation of the basis relied on under the terms of the Plan documents, in relation to the applicable facts and Plan provisions, for the denial of Plaintiff's claim for LTD benefits;

(c)     Failing to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect his claim along with an explanation of why such material is or was necessary after Plaintiff's claim was denied in whole or in part; and,

(d)     Failing to properly and adequately investigate the merits of Plaintiff's disability claim and failing to provide a full and fair review of Plaintiff's claim.

13.     Plaintiff is informed and believes and thereon alleges that Defendants wrongfully denied his disability benefits under the Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendants aware of once said acts or omissions are discovered by Plaintiff.

14.     Following the denial of benefits under the Plan, Plaintiff exhausted all administrative remedies required under ERISA, as his request for reconsideration was denied by Aetna on March 30, 2020.  Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the Plan.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

15.     As a proximate result of the aforementioned wrongful conduct of Defendants, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

16.     As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees.  Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendants.

17.     The wrongful conduct of Defendants has created uncertainty where none should exist, therefore, Plaintiff is entitled to enforce his rights under the terms of the Plan and to clarify his right to future benefits under the terms of the LTD Plan.

## <u>REQUEST FOR RELIEF</u>

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1.     Payment of disability benefits due Plaintiff;

2.     An order declaring that Plaintiff is entitled to immediate payment of all past due benefits and reinstatement to the Plan, with all ancillary benefits to which she is entitled by virtue of his disability and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3.     In the alternative to the relief sought in paragraphs 1 and 2, an order remanding Plaintiff's claim to the claim's administrator to the extent any new facts or submissions are to be considered;

4.     Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

5.     Payment of pre-judgment and post-judgment interest as allowed for under ERISA; and,

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

6.    Such other and further relief as this Court deems just and proper.

DATED: April 9, 2020                          KANTOR & KANTOR, LLP


By:    */s/ GLENN R. KANTOR*

GLENN R. KANTOR
Attorneys for Plaintiff,
MARK ZEPEDA

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525