1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

11 | MARK ZEPEDA,

12 |         Plaintiff,

13 | v.

14 | AETNA LIFE INSURANCE
COMPANY AND KORN/FERRY

15 | INTERNATIONAL LONG TERM
DISABILITY PLAN,

16

17 |         Defendants.

Case No. 8:20-cv-00692-JVS-KES

**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

18

19       Pursuant to the parties' stipulation, and good cause appearing, IT IS

20 HEREBY ORDERED that the above-referenced action is dismissed in its entirety,

21 with prejudice, as to all parties. The parties are to bear their own respective

22 attorneys' fees and costs.

23       IT IS SO ORDERED.

24

25 Dated: June 10, 2021

26

        Honorable James V. Selna
        United States District Judge

27

28